UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEB HANA BANK,<br><br>Plaintiff,<br><br>-v-<br><br>601W SOUTH WACKER PROPERTY MANAGER LLC., *et al.*,<br><br>Defendants. | 25 Civ. 2059 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has received the parties' letters concerning the pending motion seeking leave to file a second amended complaint (the "Motion"). Dkts. 68, 70. To assist the Court in resolving the Motion, the Court directs plaintiff KEB Hana Bank to file the Karasick and Skydell deposition transcripts, *see* Dkt. 68 at 2, on the docket by **Monday, August 17**. The Court does not invite replies.

SO ORDERED.

Paul A. Engelmayer
PAUL A. ENGELMAYER
United States District Judge

Dated: August 14, 2026
New York, New York