UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEB HANA BANK USA,

Plaintiff,

-v-

MS WACKER MANAGER LLC *et al.*,

Defendants.

25 Civ. 2059 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

A case management conference, which will serve as a pre-motion conference on defendant's anticipated motion for summary judgment, is presently scheduled for August 27, 2026. Dkt. 64. Due to an unavoidable conflict, the Court adjourns that conference until **September 16, 2026** at **2 p.m**. The conference will be held telephonically. The parties should call into the Court's dedicated conference line at (855) 244-8681, and enter Access Code 2318-315-0661, followed by the pound (#) key.

Counsel are advised that the Court has determined to deny plaintiff's motion to amend the complaint; an order to that effect will follow. Accordingly, the conference will focus solely on the anticipated motion for summary judgment.

SO ORDERED.

Paul A. Engelmayer
PAUL A. ENGELMAYER
United States District Judge

Dated: August 14, 2026
New York, New York