UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEB HANA BANK USA, N.A.,

Plaintiff,

-v-

MS WACKER MANAGER LLC *et al.*,

Defendants.

25 Civ. 2059 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

Due to an unavoidable conflict, the Court adjourns the case management conference, presently scheduled for **September 16, 2026, at 2 p.m.**, to the same day at **1 p.m.** The conference will still be held by telephone.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: September 15, 2026
New York, New York