UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEB HANA BANK USA, N.A,

Plaintiff,

-v-

MS WACKER MANAGER LLC *et al.*,

Defendants.

25 Civ. 2059 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

At today's pre-motion conference, the Court confirmed with counsel that all discovery pertaining to the one remaining claim in this case is complete. The Court set the following schedule:

- The parties' joint stipulation of facts is due October 7, 2026.
- Defendant's motion for summary judgment is due October 28, 2026
- Plaintiff's opposition is due November 18, 2026
- Defendant's reply is due December 2, 2026

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: September 16, 2026
New York, New York